# LAW OFFICE OF J. MICHAEL BROWN

Tel: (925) 484-2200
Fax: (925) 484-2208
jmb@mbrown-law.com

5510 Sunol Boulevard
Suite 5
Pleasanton, CA 94566

April 3, 2009

Hon. Edward M. Chen
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

BY FAX TO (415) 522-3605

Re:  Skarry v County of Contra Costa, et al.
     C08-05789 – EMC

Dear Judge Chen:

The above entitled matter is set for Initial Case Management Conference in your department on April 8, 2009. I write to ask that you continue that hearing for approximately ninety (90) days.

The original complaint for violations of civil rights by police officers was filed on December 31, 2008. At that time I did not know the identities of the individual police officers who were designated as Doe defendants. I later learned the names of the individual officers and filed an amended complaint on March 13, 2009.

All of the defendants have been served with the summons and first amended complaint except the State of California defendants. As to them, the summons and amended complaint have been sent to a process server in Sacramento to be served. No defendant has yet appeared in this action.

I spoke to your clerk by telephone. She suggested a date of June 10, 2009. After that conversation I checked my calendar and realized I have a trial set in Department 24 of the Alameda County Superior Court on June 1, 2009. That trial will last approximately two weeks. I therefore request that the Initial Case Management Conference in this matter be continued to a date convenient to your calendar after June 15, 2009.

Thank you for your consideration.

Very truly yours,

J. MICHAEL BROWN

IT IS SO ORDERED that the case management conference is reset from 4/8/09 to 6/24/09 at 1:30 p.m. A joint cmc statement shall be filed by 6/17/09. Plaintiff to serve a copy of this order upon all defendants.

IT IS SO ORDERED MODIFIED

EDWARD M. CHEN
U.S. MAGISTRATE JUDGE