1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6    MICHAEL SKARRY,                          Case No. C08-05789 MMC (JCS)
7            Plaintiff(s),
                                             **ORDER TO SUBMIT SETTLEMENT
8        v.                                   CONFERENCE STATEMENTS IN .PDF
                                             FORMAT**
9    COUNTY OF CONTRA COSTA, ET AL.,
10           Defendant(s).
     _____/
11

12       IT IS HEREBY ORDERED that in addition to the submission of paper copy of settlement

13   conference statements to chambers, each party shall submit their confidential settlement conference

14   statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**.

15       All other provisions of this Court's original Notice and Settlement Conference Order remain

16   in effect.

17

18   Dated:  February 8, 2010

19

20                                           _____
                                             JOSEPH C. SPERO
21                                           United States Magistrate Judge

22
23
24
25
26
27
28