1  EDMUND G. BROWN JR.
   Attorney General of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III (SBN 170784)
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5500
     Facsimile: (415) 703-5480
6  *Attorneys for Defendants State of California,
   Nancy Foley, and J. Keiser*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SKARRY,** | Case No. C 08-05789-MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **COUNTY OF CONTRA COSTA, et al.,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action against defendants State of California, Nancy Foley, and J. Keiser be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties further stipulate that the statutes of limitations as to defendants State of California, Nancy Foley, and J. Keiser are tolled from the date of the filing of

///

///

///

1

this action, and that Plaintiff may require defendants State of California, Nancy Foley, and J. Keiser to reappear in this action and file a further response, upon 15 days written notice.

Dated: March 2, 2010

Respectfully Submitted,

_____
J. MICHAEL BROWN
*Attorney for Plaintiff*

Dated: March 2, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

_____
HARRY T. GOWER, III
Deputy Attorney General
*Attorneys for Defendants State of California, Nancy Foley, and J. Keiser*

Dated: March ___, 2010

Respectfully Submitted,

SHARON L. ANDERSON
County Counsel

_____
MONIKA L. COOPER
Deputy County Counsel
*Attorneys for Defendants County of Contra Costa, Warren Rupf, City of Oakley, Chris Thorsen, Delvin Watts, Victor Fernandez, Louis Sanchez, Jim Lambert, and Shannon Kelly*

///

///

this action, and that Plaintiff may require defendants State of California, Nancy Foley, and J. Keiser to reappear in this action and file a further response, upon 15 days written notice.

Dated: March ____, 2010

Respectfully Submitted,

_____
J. MICHAEL BROWN
*Attorney for Plaintiff*

Dated: March ____, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

_____
HARRY T. GOWER, III
Deputy Attorney General
*Attorneys for Defendants State of California, Nancy Foley, and J. Keiser*

Dated: March 2, 2010

Respectfully Submitted,

SHARON L. ANDERSON
County Counsel

_____
MONIKA L. COOPER
Deputy County Counsel
*Attorneys for Defendants County of Contra Costa, Warren Rupf, City of Oakley, Chris Thorsen, Delvin Watts, Victor Fernandez, Louis Sanchez, Jim Lambert, and Shannon Kelly*

///

///

| | |
|---|---|
| Dated: March 2, 2010 | Respectfully Submitted,<br><br>EDRINGTON, SCHIRMER & MURPHY<br><br>_____<br>TIMOTHY P. MURPHY<br>*Attorneys for Defendants City of Antioch,*<br>*James Hyde, and C. Valliere* |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 3, 2010

_____
U.S. DISTRICT COURT JUDGE