1 | EDMUND G. BROWN JR.
Attorney General of California
2 | PAUL T. HAMMERNESS
Supervising Deputy Attorney General
3 | HARRY T. (CHIP) GOWER, III (SBN 170784)
Deputy Attorney General
4 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
5 |   Telephone: (415) 703-5500
  Facsimile:  (415) 703-5480
6 | *Attorneys for Defendants State of California,*
*Nancy Foley, and J. Keiser*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SKARRY,** | Case No. C 08-05789-MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **COUNTY OF CONTRA COSTA, et al.,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action against defendants State of California, Nancy Foley, and J. Keiser be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties further stipulate that the statutes of limitations as to defendants State of California, Nancy Foley, and J. Keiser are tolled from the date of the filing of

///

///

///

1

this action, and that Plaintiff may require defendants State of California, Nancy Foley, and J. Keiser to reappear in this action and file a further response, upon 15 days written notice.

Dated: March 2, 2010

Respectfully Submitted,

_____
J. MICHAEL BROWN
*Attorney for Plaintiff*

Dated: March 2, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

_____
HARRY T. GOWER, III
Deputy Attorney General
*Attorneys for Defendants State of California, Nancy Foley, and J. Keiser*

Dated: March ____, 2010

Respectfully Submitted,

SHARON L. ANDERSON
County Counsel

_____
MONIKA L. COOPER
Deputy County Counsel
*Attorneys for Defendants County of Contra Costa, Warren Rupf, City of Oakley, Chris Thorsen, Delvin Watts, Victor Fernandez, Louis Sanchez, Jim Lambert, and Shannon Kelly*

///

///

1  this action, and that Plaintiff may require defendants State of California, Nancy Foley, and J.
2  Keiser to reappear in this action and file a further response, upon 15 days written notice.
3
4  Dated: March ____, 2010                    Respectfully Submitted,
5
6                                             _____
7                                             J. MICHAEL BROWN
                                               *Attorney for Plaintiff*
8
9  Dated: March ____, 2010                    Respectfully Submitted,
10                                            EDMUND G. BROWN JR.
                                               Attorney General of California
11                                            PAUL T. HAMMERNESS
                                               Supervising Deputy Attorney General
12
13                                            _____
                                               HARRY T. GOWER, III
14                                            Deputy Attorney General
                                               *Attorneys for Defendants State of*
15                                            *California, Nancy Foley, and J. Keiser*
16
17 Dated: March _2_, 2010                     Respectfully Submitted,
18                                            SHARON L. ANDERSON
                                               County Counsel
19
20                                            _____
                                               MONIKA L. COOPER
21                                            Deputy County Counsel
                                               *Attorneys for Defendants County of Contra*
22                                            *Costa, Warren Rupf, City of Oakley, Chris*
                                               *Thorsen, Delvin Watts, Victor Fernandez,*
23                                            *Louis Sanchez, Jim Lambert, and Shannon*
                                               *Kelly*
24
25
26 ///
27 ///
28

Dated: March 2, 2010

Respectfully Submitted,

EDRINGTON, SCHIRMER & MURPHY

TIMOTHY P. MURPHY
*Attorneys for Defendants City of Antioch, James Hyde, and C. Valliere*

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 3, 2010

U.S. DISTRICT COURT JUDGE