IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKARRY, | No. C 08-5789 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants / | |

The remaining parties having reached a settlement of the above-titled action at the settlement conference conducted March 3, 2010,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein against all remaining defendants be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: March 4, 2010

MAXINE M. CHESNEY
United States District Judge